


Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States







Notice to the agent is notice to the principal, notice to the principal is notice to the agent U.C.C. 1-202 An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whatever the instrument is "file-marked". Biffle v. Morton Rubber., Inc., 785 S.W. 2d 143, 144 (tex.1990)

;

Case number: 2018CT009249A000BA
2018CT009252A000BA

THE STATE OF FLORIDA

Plaintiff, Claimant

V.

Munatas Bey

# AFFIDAVIT OF FACT AND WRIT OF DISMISSAL

Date: 13th day of Rabi Al-Akhar In The Year of 1442

## DISCLOSURE STATEMENT

This affidavit of fact is not to be mistaken as a submission to jurisdiction, nor is it proof of evidence of the recognition to the validity of any alleged claims or complaints made by the plaintiff. This is solely, strictly and only for the purpose of Rumiel Munatas Bey to remain in honor and maintain his innocence.

1

Cert#7019 0700 0002 2479 0787  Cert#7019 0700 0002 2479 0657  Cert#7019 0700 0002 2479 0725








Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States

**I.**

# STATUS

*The United States Supreme Court - 'Acts of State' ; United States Code, Title 4, Chapter 1; The foreign Sovereign Immunities Act 28 USC 1601;*

As Salaam Alakuim; Greetings of Peace from the Moorish Nation. In regards to I, Moorish American National Rumiel Munatas Bey. You are in violation of the American Constitution of 1787, Article 3 and Article 6. Rumiel Munatas Bey is not a citizen of the United States Federal Corporation, as defined in the U.S.C. title 28 Chapter 6 Subchapter 176 § 3002 (15)(A).

Considering I, Rumiel Munatas Bey, distinguished from and not to be identified as Romel Clarifon Semexant is not one of your citizens or residents, diversity is the primal issue at law. You are hereby ordered to produce your written delegation of authority given to your office from the unincorporated body politic known as the Congress for the United States of America pursuant Article 1 and Article 3 of the American Constitution. Whereby they have given you lawful authority to adjudicate in matters of diversity of citizenship. Pursuant United States code title 28 part 4 chapter 85 § 1332 Diversity of Citizenship. Amount in controversy; costs only United States district courts shall have original jurisdiction of all civil actions where the matter is controversy in between 1) citizens of different states 2) citizens of a state and citizens or subjects of a foreign nation, state,etc. Failure to produce your authority within (16) days will result in a default judgment. Whereas, the alleged case numbers 2018CT009249A000BA 2018CT009252A000BA will be Ipso Facto and Ipso Jure dismissed for lack of Jurisdiction.

Diversity of citizenship exists if at least one party adverse to any other party in a civil action does not share the same citizenship with the other adverse party. If the state of florida has an issue with I, Moorish American National, Rumiel Munatas Bey, distinguished from and not to be identified as nor held as surety for Romel Clarifon Semexant, Moorish Americans Consul must be present for the American Constitution Article 3 and 6, which includes the Treaty of Peace and Friendship of 1786-1787, between the Moorish/Moroccan Empire and the colonial United States of America, to include the Treaty of Algiers, Tunis and Tripoli. The proper jurisdiction and venue for diversity of citizenship is

2
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725


 

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States



  

'consular court. If one of your citizens has an issue or controversy in fact or in law I.E. corporate state of florida, considering corporations one considered citizens within the state that they were created; pursuant to your codes, and the United State District Court for the District of Florida has jurisdiction on your part. If you desire to purge issue against I, Moorish American National Rumiel Muantas Bey, Moorish Consuls must be present. Then and only then is the jurisdiction and venue proper within the United States District Court for the District of Florida. Consular Vizier Jamhal Talib Abdullah Bey, Regional Consul for Northeast Amexem (America) can be contacted in regards to this matter. Consular Vizer Jahmal Talib Abdullah Bey can be contacted via +1 (401)336-6799.

## II.

## **LACK OF JURISDICTION**

All of the states courts of Florida lack personam jurisdiction over I, Rumiel Munatas Bey and lack the subject matter jurisdiction to hear this case as there is a standing treaty between Moroccan government to whom I told allegiance and the United States. It is stated in the federal constitution which all judges of the United States and several states take an oath to, that only federal courts have original and appellate jurisdiction over cases between parties of diverse citizenship and nationality, as well as cases in which there is an enforceable treaty. This is not an attempt to avoid justice, this is an attempt to adhere to the constitution and treaty between our two governments, failure to comply with the constitution and treaty is a Declaration of War against the Moroccan People. (*see Article 3 and 6 of the Constitution for the United States of America*).






Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States





## RES JUDICATA

Once challenged, jurisdiction cannot be "assumed" it must be proven to exist. **Stuck v Medical Examiners, 94 Ca.2d 751, 211 P. 2d 389**

The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings. **Hagans v Lavine, 415 U.S. 533**

If any tribunal finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed. **Louisville RailRoad v. Motley, 211 U.S. 149, 29 S Ct. 42**

A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court. **OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).**

Courts are constituted by authority and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgements and orders are regarded as nullities; they are not voidable, but simply void, and this even prior to reversal. **WILLIAMSON v. BERRY, 8 HOW. 945, 540 12 L. Ed. 1170, 1189 (1850).**

Jurisdiction can be challenged at any time. **Basso v. Utah Power & Light Co. 495 F 2d 906, 910.**

An individual unquestionably has the right to litigate his own claims in federal court… The right to litigate for oneself, however, does not create a coordinate right to litigate for others. **Myers v. Loudoun County. Pub. Sch., 418 F.3d 395, 400 (4th Cir. 2005)**

# III.

4
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States






# DISCOVERY/ DECLARATORY STATEMENTS AND FACTS REGARDING MY RIGHTS

On the 18th day of the blessed month of Rabi ul Awal 1440, translates to the 26th day of November 2019, at approximately 3:40 p.m. that afternoon. I, Rumiel Munatas Bey, in full propria persona, distinguished from and not to be identified as Romel Clarifon Semexant, was traveling on lake wilson rd, davenport, florida towards the intersection of town center blvd. I, Rumiel Munatas Bey, was dressed in my safety green construction t-shirt as I had ended my work day as an electrician. As I approached the intersection of town center blvd and lake wilson rd, I signaled with my left blinker to turn on town center blvd as I waited for oncoming traffic to slow down.

  As I waited I'd noticed two Florida State Troopers traveling towards lake wilson road, coming off of town center blvd, as if the two patrol vehicles were exiting the subdivision. Once it was clear for me to make my left turn, I began to travel onto town center blvd I passed the two state troopers patrol vehicles who were now still facing the opposite direction on the other side of the median towards lake wilson rd. It was at that moment both patrol vehicles made an immediate U-turn over to my side of town center blvd and began following my vehicle at the time, White Hyundai Santa Fe. For the record, at this moment, no crime, injured party, or Corpus Delicti had occurred or been claimed against I, Rumiel Munatas Bey.

  As I, Rumiel Munatas Bey, approached the intersection of Grey Heron blvd and town center blvd, the florida state trooper who later identified himself as Ricky H Binet, Badge #ID4266, pulled my vehicle over and began to detain me. I had committed no crime, no corpus delicti what so ever. Trooper Ricky H Binet along with an unidentified trooper that followed closely behind Binet's Patrol vehicle, began to forcefully demand that I exit the vehicle violating my fourth amendment right to liberty and enjoying my unalienable right of travel. Ricky H Binet continued this violation by stating that I cannot be traveling with an expired registration. As a foreign national nonresident, I have no obligation to register my vehicle with the corporate state of florida. (*see Florida State Statutes, Title XXIII, Chapter 322, § 322.04*).

  Under stress, force and coercion I opened my door. The two Highwaymen held me under detention and began to search my goods and property. Once the search was complete, corporate florida state trooper Ricky H Binet demanded that my vehicle was then to be seized and ordered Bolton's Towing

5
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725





Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States





Service company to complete his unlawful deeds adding insult to injury, I could believe how terribly my rights were being maliciously trampled on, with no respect towards the treaty between our two governments and towards the constitution which is supreme law of the land.

Pursuant to Title 18, part 1, Ch. 13 § 241; If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap aggravated sexual abuse or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Pursuant to Title 18, part 1, Ch. 13 § 242; Whoever under 'color' of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any state, territory, commonwealth, possession, or district to the deprivation of any rights, privileges, or immunities secured or protected by the constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

## **RES JUDICATA**

It has also been decided in **Chicago v Collins, 51 NE 907** and **Freeburg v Dawson 274 F 240** case that; *"A right which is free and open to all is not the subject of a license or tax."*

6
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725








Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States

The reason for this is because the definition of the word "*license*" is, in part, *"permission."* In other words, you do not need permission to exercise a right that you already have, nor can you be charged for that right (tax).

It has also been stated in, **Shuttlesworth v. Birmingham, 373 US 262**, that; *"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."*

And; *"There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right."* **Sherar v. Cullen, 481 F. 945 (9th Cir. 1973) Spevack v. Klein, 385 U.S. 511 (1967) GARRITY v. NEW JERSEY, 385 U.S. 493 (1967) BOYD v. U S, 116 U.S. 616 (1886) MALLOY v. HOGAN, 378 U.S. 1 (1964)**

# IV.

## IDENTIFICATION

*CRM 1508 and 18 USC 1028(D)(3); FOREIGN NATIONAL - 28 CFR § 50.5- NOTIFICATION OF CONSULAR OFFICERS UPON THE ARREST OF FOREIGN NATIONALS.*

For the record, I am Rumiel Munatas Bey, a citizen of Morocco; all my allegiance is to the nation of Morocco and I respect the Treaty between my country and the United States. Pursuant to 28 CFR § 50.5, in every case in which a foreign national is arrested the arresting officer shall inform the foriegn national that his consul will be advised of his arrest unless he does not wish such notification to be given. if the foreign national does not wish to have his consol notified, the arresting officer shall also inform him that in the event there is a treaty in force between the Americas, as well as recognizing us as a separate nation of people. This House Resolution deals with Article 4 Section 1 of the United States Constitution 'full faith and credit' clause as well as the common-law principle and foundation of res judicata and stare decisis of said Article and Section.On 6/25/2019 a Capis warranto was set to order under the name Romel Clarifon Semexant. On March 3 2020 , under coercion and fear I, Rumiel Munatas Bey turned myself in. Since this issue is listed as criminal traffic, it must be dismissed for a lack of an injured party i.e.Corpus Delicti. An invalid license of someone who they alleged to look like me named Romel Clarifon Semexant. I have stated several times that I am not Romel Clarifon Semexant

7
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States







and I am attempting to offer the courts my valid nationality card, to correct the issue and if the Great God permits it will not be ignored. I have subsequently been listed as an inmate and prisoner under that name. It is unlawful for any business to sell alcohol or tobacco products to anyone with a suspended or expired license as it is considered invalid I.D. It is also unlawful for any government agency to accept a suspended license or driver's license as valid identification. Additionally, Pursuant to the United States Justice Department a driver's license is not identification.

## V.

## **WRIT OF DISMISSAL / SUMMARY**

This writ of dismissal and summary judgement is being made pursuant to the common law principle contained in the federal rules of Civil Procedure Rule 56. Pursuant to title 18, part 1, Ch.13 § 241 & 242 of the USC. The claimant has no genuine dispute as to any material facts; therefore, I am entitled to judgement as a matter of law, and am entitled to just compensation in the amount of $60,000 in silver 1oz rounds for mental, emotional and physical injury as well as interference with my enjoyment of my unalienable substantive rights, based on the above and following facts:

1. The Florida State Trooper highwayman unlawfully violated Title 18, part 1, Ch. 13 § 241; following and pursuing my vehicle when no Corpus Delicti or injured party held claims against me.
2. The Florida State Trooper highwayman unlawfully violated Amendment IX The enumeration in the Constitution, of certain rights shall not be construed to deny or disparage others retained by the people; detaining me and or holding me detention.
3. The Florida State Trooper highwayman unlawfully violated Amendment IV The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized ; unlawfully searching and seizing my vehicle.

8
Cert#7019 0700 0002 2479 0787  Cert#7019 0700 0002 2479 0657  Cert#7019 0700 0002 2479 0725





Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States





4. Violation of my Amendment VIII, excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.
5. Lack Of Jurisdiction; violation of Article III - Judicial -

# RES JUDICATA

The Right to Park or Travel is part of the Liberty of which the Natural Person citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125**

State Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971)**

Traffic infractions are not a crime. **People v. Battle, 50 Cal. App. 3, step 1, 123 Cal. Rptr. 636,639**

Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60**

As stated by the Supreme Court of Illinois in a case involving this same sect and an ordinance similar to the present one, a person cannot be compelled "to purchase, through a license fee or a license tax, the privilege freely granted by the constitution. **Blue Island v. Kozul, 379 Ill. 511, 519, 41 N.E.2d 515.**

The power to impose a license tax on the exercise of these freedoms is indeed as potent as the power of censorship which this Court has repeatedly struck down. **Lovell v. Griffin, 303 U.S.**




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States







444; Schneider v. State, supra; Cantwell v. Connecticut, 310 U.S. 296, 306; Largent v. Texas, 318 U.S. 418; Jamison v. Texas, supra.

## RES JUDICATA

Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc., have been held to be "non arrestable" offenses. **Cal. V. Farley, 98 Cal. Rep. 89., 20 CA 3d 1032**

No state government entity has the power to allow or deny passage on the highways, byways, nor waterways… transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety caution, traffic lights, speed limits, etc. Traveling is not a privilege requiring licensing, vehicle registration, or forced insurance.

**Chicago Coach Co. V. City of Chicago, 227 Ill. 200, 169 N.E. 22.**

A "person" "driving" an automobile cannot be stopped to see if he or she is licensed to "drive" unless there is reasonable suspicion the "person" has engaged in criminal conduct. **Delaware v Prouse, (1979) 440 US 648, 59 Led2d 660**

The United States Supreme Court ruled that a police officer could not arrest a citizen merely for refusing to present identification. **Kolender v. Lawson (461 U.S. 352, 1983)**

A right which is free and open to all is not the subject of a license or tax. **Chicago v Collins, 51 NE 907; Freeburg v Dawson 274 F 240**

Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States






horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and

## RES JUDICATA

thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910:**

**California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971)**

The Ohio Supreme Court, the authoritative voice on Ohio law, has never established a physical injury requirement under the Ohio survivorship statute. And the language of the statute, "injury to the person," does not suggest such a requirement. This language normally requires the invasion only of a personal, not a physical, right and thus permits claims premised on psychological harm. See Injury, Black's Law Dictionary (10th ed. 2014) (defining "personal injury" among other things as "[a]ny invasion of a personal right, including mental suffering"); Restatement (Second) of Torts § 7 (defining "injury" as "the invasion of any legally protected interest of another"). **United States Court of Appeals, Sixth Circuit. Keith CRABBS, Plaintiff-Appellant, v. Zach SCOTT, Defendant-Appellee. No. 17-3854**

Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." **Miranda v. State of Arizona, 86 S.Ct. 1602 at 1636, 384 U.S. 436 at 491 (U.S.Ariz.1966)**

Persons are **not** the subjects of commerce, and not being imported goods, they **do not** fall within the meaning founded upon the constitution, of a <u>power given to congress, to regulate commerce</u>, and the prohibition of the states for imposing a duty on imported goods. **Ibid; Gibbons v. Ogen 9 Wheat 1; 5 Cond. Rep. 562.**

The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege which a city may prohibit or permit at will but a common right which he / she has under the right to life, liberty, and the pursuit of happiness. **Thompson v. Smith 154SE 579**

11
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725








Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States

# **RES JUDICATA**

A right which is free and open to all is not the subject of a license or tax. **Chicago v Collins, 51 NE 907; Freeburg v Dawson 274 F 240**

No state shall convert a liberty into a privilege, license it, and attach a fee to it. **Murdock v. Penn., 319 US 105**

If the state converts a liberty into a privilege, the citizen can engage in the right with impunity. **Shuttlesworth v. Birmingham, 373 US 262**

The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all absolute rights, and the police cannot make void the exercise of rights. **State v. Armstead, 60 s. 778, 779, and 781**

"In as much as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. Can concern itself with anything other than corporate, artificial persons and the contracts between them. **S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54).**

The State is prohibited from violating substantive rights. **Owens v. City, 445 US 662 (1980);** and it cannot do by one power (eg. Police power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of law. **US and UT v. Daniels, 22 p 159**, nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300**

Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125**

12
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725

  

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States

  

# RES JUDICATA

It is not the duty of the police to protect you. Their job is to protect the corporation and arrest code breakers. **SAPP vs Tallahassee, 348 So. 2nd. 363, Reiff vs City of Phila.**

If this is a Criminal Matter, there must exist an injured party, of which I would be obligated to make remedy to. If this is a Civil Matter, there must be an injured party, or property, even unto a preponderance of evidence. If this is an Administrative Court (Traffic Court) as well, there must be an injured party as defined in the established Rule of Law, submitted in Exhibit A: **Board of Trade v. Olson, 262 US 1; 29 ALR 2d 105.**

**Uncontested allegations in an affidavit must be accepted as true. Morris v National Cash Register, 44S.W. 2d 433**

**Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit. Group v. Finletter, 108 F. Supp. 327 (D. C.D.C., 1952).**

## VI.

### UNDER PENALTY OF PERJURY

Under Penalty of Perjury and persecution from the Moorish Nation, do declare and state for the record, to the best of my ability, that all claims and statements made in this affidavit are true, factually based and made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A free national and citizen of the free national government of Morocco. Submitted by my hand, with a sound mind,

13
Cert#7019 0700 0002 2479 0787 Cert#7019 0700 0002 2479 0657 Cert#7019 0700 0002 2479 0725

 

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States



 

I Am: _____

All rights reserved – U.C.C. 1-308, A free Moorish American, In Full Life, In Solo Propria Persona Sui Juris. In honor of my moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminium, in accord with the high principles of Love, Truth, Peace, Freedom, and Justice.

CC.
Judge / Magistrate Stacie L. Kaylor
The Second District Court of Appeals
Public Defender Robert Bowen

14
Cert#7019 0700 0002 2479 0787  Cert#7019 0700 0002 2479 0657  Cert#7019 0700 0002 2479 0725