# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUMIEL MUNATAS BEY,

    Plaintiff,

v.                                    Case No. 8:20-cv-2843-T-KKM-AAS

RICKEY H. BINET, et al.,

    Defendants.
_____/

## ORDER

Rumiel Munatas Bey moves to proceed *in forma pauperis*. (Docs. 1, 2). The Magistrate Judge took Bey's motion under advisement pending amendment of his affidavit of indigency and complaint. (Doc. 5). Bey failed to amend either item; accordingly, the Magistrate Judge recommends denying his motion to proceed *in forma pauperis* and dismissing the action. (Doc. 7).

The fourteen-day deadline for Bey to object to the Magistrate Judge's report has passed, and he has not filed an objection. As a result, and for the reasons stated in the Magistrate Judge's order (Doc. 5) and report (Doc. 7), the following is **ORDERED**:

    1.    Bey's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

    2.    The Complaint (Doc. 1) is **DISMISSED**.

    3.    The Clerk is **DIRECTED** to terminate any pending motions and deadlines and close this case.

**ORDERED** in Tampa, Florida, on February 11, 2021.

*[signature]*

Kathryn Kimball Mizelle
United States District Judge